UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>                  Plaintiff,<br><br>   v.<br><br>DIRECTOR OF THE PRESIDENT'S<br>COUNCIL OF ECONOMIC ADVISORS,<br><br>                  Defendant. | Case No. C21-1402-JHC-SKV<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses thereto, and the remaining record, finds and ORDERS as follows:

    (1)    The Report and Recommendation is ADOPTED;

    (2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED;

    (3)    This matter is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g) and standing bar orders, *see In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982); and

ORDER DISMISSING ACTION - 1

(4) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Vaughan.

DATED this 18th day of April, 2021.

JOHN H. CHUN
United States District Judge

ORDER DISMISSING ACTION - 2